Case 5:22-cr-00060-JKP *SEALED*   Document 3 *SEALED*   Filed 02/02/22   Page 1 of 4

**FILED**

February 2, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        SAJ
Deputy

## SEALED

Case No: **SA-22-CR-00060-JKP**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v<br><br>**(1) DORA AROCHA URABAZA<br>aka DORA RODRIGUEZ<br>(2) REYNALDO CANTU VALDEZ<br>(3) CIPRIANO RODRIGUEZ<br>aka CIPY<br>(4) RUBEN ANTHONY RODRIGUEZ**<br>▉▉▉▉▉▉▉▉▉▉▉<br><br>**Defendants** | **INDICTMENT**<br><br>**COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1), & 841(b)(1)(A)/(B); Conspiracy to Possess with Intent to Distribute Cocaine and/or Heroin<br><br>**COUNT 2:** 18 U.S.C. §§ 841(a)(1)/(b)(1)(B) & 18 U.S.C. § 2; Possession with Intent to Distribute Heroin<br><br>**COUNT 3:** 18 U.S.C. §§ 841(a)(1)/(b)(1)(B) & 18 U.S.C. § 2; Possession with Intent to Distribute Cocaine |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)/(B)]

That beginning on or about August 2021, the exact date unknown, and continuing until the

date of this indictment, in the Western District of Texas, Defendants,

**(1) DORA AROCHA URABAZA aka "DORA RODRIGUEZ",
(2) REYNALDO CANTU VALDEZ,
(3) CIPRIANO RODRIGUEZ aka "CIPY",
(4) RUBEN ANTHONY RODRIGUEZ,**

 **d**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together,

and with each other, and with others, to commit the following offenses against the United States: to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A)/(B).

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing a controlled substance involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
|---|---|
| (1) Dora Urabaza aka DORA RODRIGUEZ | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; <br><br> 100 grams or more of a mixture of substance containing a detectable amount of heroin; |
| (2) Reynaldo Cantu Valdez | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; <br><br> 100 grams or more of a mixture of substance containing a detectable amount of heroin; |
| (3) Cipriano Rodriguez aka CIPY | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; |
| (4) Ruben Anthony Rodriguez | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; |
| ▮▮▮▮▮▮▮ | 500 grams or more of a mixture or substance containing a detectable amount of cocaine; |

|  | 100 grams or more of a mixture of substance containing a detectable amount of heroin; |
| --- | --- |

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO
**[21 U.S.C. §§ 841(a)(1)/(b)(1)(B) & 18 U.S.C. § 2]**

That on or about October 28, 2021, in the Western District of Texas, Defendants,

**(1) DORA AROCHA URABAZA aka DORA RODRIGUEZ, and**

aided and abetted by each other, and others, did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT THREE
**[21 U.S.C. §§ 841(a)(1)/(b)(1)(B) & 18 U.S.C. § 2]**

That on or about November 9, 2021, in the Western District of Texas, Defendants,

**(1) DORA AROCHA URABAZA aka DORA RODRIGUEZ,**
**(2) REYNALDO CANTU VALDEZ, and**
**(4) RUBEN ANTHONY RODRIGUEZ,**

aided and abetted by each other, and others, did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(B), and Title 18, United States Code, Section 2.

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
**[*See* Fed. R. Crim. P. 32.2]**

**Drug Violations and Forfeiture Statutes**
**[Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and 2 subject to forfeiture**
**pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2)]**

As a result of the foregoing criminal violations set forth in Counts One through Three, the

United States of America gives notice to Defendants of its intent to seek the forfeiture of the

properties described below upon conviction and pursuant to Fed. R. Crim. P. Rule 32.2 and Title

21 U.S.C. §§ 853(a)(1) and (2), which state:

**Title 21 USC § 853. Criminal forfeitures**
    **(a)   Property subject to criminal forfeitures.**
    Any person convicted of a violation of this subchapter or subchapter II of this
    chapter punishable by imprisonment for more than one year shall forfeit to the
    United States, irrespective of any provision of State law –
        **(1)** any property constituting, or derived from, any proceeds the
        person obtained, directly or indirectly, as the result of such
        violation;
        **(2)** any of the person's property used, or intended to be used, in
        any manner or part, to commit, or to facilitate the commission of,
        such violation; ...

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY:   _____
FOR BRIAN NOWINSKI
Assistant United States Attorney